Hon. Michael N Milby
U.S. District Court
Southern District of Tx
P.O Box 61010
Houston Tx.

99mc101

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 10 1999    EC

Michael N. Milby, Clerk of Court

Re: Prisoners Litigation Reform Act four stricks

CLERK, U.S. DISTRICT COURT RECEIVED
DEC 20 1999
SOUTHERN DIST OF TEXAS
CORPUS CHRISTI, TEXAS

To: Hon Michael N. Milby

I have four Prisoners Litigation Reform Act stricks against me in C-92-C-308 and the other stricks are in Ruiz Vs Scott H-78-CV-987 and in H-78-CV-987 a strike was because I owed the court $89 I don't owed did have any money upon that court order I don't have any money nor had any money since Jan ? 1997 And enclosed is and is the proof of that situation the last time I had any money

So please read attached documentation to your Corpus Christi Tx office I seek permission to perceed in your court because prison admin is depriving me of my freedom liberty because prison admin is depriving of good time on a false disciplinery as in U.S. V. Wal see 673 F2d 205

1.

Edwards vs Balisok, 117 S.ct. 1584 1587 (1997)

(2) There is however, this critical difference from Heck: Respondent in his amended complaint limited his request to damages for depriving him of good-time credits without due process of law.

I've also being deprive of other good time without due process of law. And have dual discharge dates on the same sentence.

Again Please attached documentation to your Corpus Christi Tx office to seek permission to proceed into court on this situation and to proceed 1983 civil action

I declare (state verify certify) under the penalty of perjury the foregoing is true and correct

Signed this the 6 day of Dec 1999

Thomas C Davis Jr
Thomas C Davis Jr No. 342624
McConnell Unit
3001 South Emily Drive
Beeville Tx 78102-9999

P.S. My fingers are seriously crippled so I'm unable as a disabled to bring litigation into court without assistance of counsel

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/07/99
ML18/SEN9611               IN-FORMA-PAUPERIS DATA                 08:19:04
TDCJ#: 00342624 SID#: 03021735 LOCATION: MCCONNELL     INDIGENT DTE: 01/24/96
NAME: DAVIS,THOMAS CHARLES JR.         BEGINNING PERIOD: 06/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:            0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:     0.00
6MTH DEP:               0.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:     0.00
MONTH HIGHEST BALANCE  TOTAL  DEPOSITS    MONTH HIGHEST BALANCE TOTAL  DEPOSITS
11/99         0.00              0.00     08/99         0.00             0.00
10/99         0.00              0.00     07/99         0.00             0.00
09/99         0.00              0.00     06/99         0.00             0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE _7th_ DAY OF _Dec_, 1999, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-41438

U.S. COURT OF APPEALS
FILED
AUG 27 1999
CHARLES R. FULBRUGE III
CLERK

THOMAS C. DAVIS, JR.,

                    Plaintiff-Appellant,

versus

WILLIAM J. CLINTON, President,
United States,

                    Defendant-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:98-CV-560

---

ON PETITION FOR REHEARING

(                    )

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

    IT IS ORDERED that the petition for rehearing is DENIED.

FOR THE COURT:

*/s/ Emilio M. Garza*
EMILIO M. GARZA
UNITED STATES CIRCUIT JUDGE

CLERK'S NOTE:
SEE FRAP AND LOCAL
RULES 41 FOR STAY OF THE
MANDATE.

Also a prison Litigation Reform Act strike w/
6:98-cv-560

```
                                                    MAGRR   MOTREF
                                                    APPEAL  BENCH
                                                    TRACK3
```

```
                    U.S. District Court
                   Texas, Eastern (Tyler)

            CIVIL DOCKET FOR CASE #: 92-CV-308
```

Davis v. Collins, et al                            Filed: 05/22/92
Assigned to: Judge John Hannah, Jr.
         Referred to: Magistrate Judge Harry W. McKee
Demand: $0,000                              Nature of Suit: 550
Lead Docket: None                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


THOMAS C DAVIS, JR              Thomas C Davis, Jr
     plaintiff                  342624
                                [NTC] [PRO SE]
                                MI
                                Michael Unit
                                P O Box 4500
                                Tennessee Colony, TX 75886


     v.


JAMES A. COLLINS, Director of
TDCJ-ID
     defendant


JIMMIE E ALFORD, Warden of
Michael Unit
     defendant


PEGGY THOMPSON, Coordinator of
Interstate Corrections
     defendant



Docket as of December 7, 1998 12:37 pm          Page 1    NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.              MAGRR   MOTREF
6:92cv308     Davis v. Collins, et al                           APPEAL
                                                                BENCH   TRACK3

5/22/92   1      Motion by Thomas C Davis Jr to proceed in forma pauperis
                 (Tendered for Filing on 5/21/92) (pad) [Entry date 05/28/92]

5/22/92   2      Original Complaint filed  (Tendered for Filing on 5/21/92)
                 (pad) [Entry date 05/28/92]

5/28/92   3      In compliance with Article One of the Civil Justice Expense
                 and Delay Reduction Plan, and after a review of the
                 pleadings, this action has been assigned to track 2 for
                 case management purposes. (pad)

6/1/92    4      Order referring case  to Magistrate Judge Harry W. McKee
                 (copy file sent)   ( signed by Judge William W. Justice )
                 cc:pla on 6/1/92 (pad)

12/2/92   5      Report and Recommendations  of Magistrate Judge Harry W.
                 McKee that the pla's lawsuit be dismissed w/out prej as
                 frivolous and that the pla's request to proceed ifp be
                 denied. Objections to R and R due by 12/14/92 (pad)

12/14/92  6      Acknowledgement by Thomas C Davis Jr of receipt on
                 12/8/92., Objections reset to 12/18/92 for [5-1] report
                 and recommendations (pad) [Entry date 12/15/92]

12/15/92  7      Objections by Thomas C Davis Jr to [5-1] report and
                 recommendations (pad)

1/11/93   8      Amended Objections by Thomas C Davis Jr to [5-1] report and
                 recommendations (pad) [Entry date 01/12/93]

3/18/93   9      Order denying [1-1] motion to proceed in forma pauperis
                 subject to a determination that he should be allowed to
                 proceed on his claims. ( signed by Magistrate Judge Harry
                 W. McKee ) cc:pla & dft on 3/19/93 (pad)
                 [Entry date 03/19/93]

3/19/93   --     Magistrate Report forwarded  to Judge William W. Justice
                 (pad)

3/29/93   10     Final Judgment. It is ORDERED that the pla's lawsuit is
                 DISMISSED w/out prej as frivolous. It is further ORDERED
                 that the pla's request to proceed ifp is hereby DENIED. It
                 further is ORDERED that all motions not previously ruled on
                 are hereby DENIED. ( signed by Judge William W. Justice )
                 cc:pla & dft on 3/30/93 (pad) [Entry date 03/30/93]

9/16/97   11     MOTION by Thomas C Davis Jr for leave to file Untimely
                 Notice of Appeal cc: WWJ, HWM, 5CCA (ll)
                 [Entry date 09/17/97]

9/16/97   12     Motion by Thomas C Davis Jr to proceed in forma pauperis (ll)
                 [Entry date 09/17/97]


Docket as of December 7, 1998 12:37 pm              Page 2    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.              MAGRR  MOTREF
6:92cv308     Davis v. Collins, et al                           APPEAL
                                                                BENCH    TRACK3
```

| Date | # | Entry |
|---|---|---|
| 9/17/97 | 13 | Motion by Thomas C Davis Jr for appointment of counsel for purposes of appeal. (ll) [Entry date 09/18/97] |
| 9/17/97 | 14 | Change of address by Thomas C Davis Jr from: Jordan Unit to: Michael Unit (ll) [Entry date 09/18/97] |
| 10/29/97 | 15 | ORDER denying as moot [13-1] motion for appointment of counsel, denying as moot [12-1] motion to proceed in forma pauperis, denying [11-1] motion for leave to file Untimely Notice of Appeal, and that no appeal fees shall be charged to the pla as a result of the filing of this motion. signed by Judge William W. Justice ) cc: WWJ, parties 10/29/97 (ll) |
| 11/10/97 | 16 | Notice of appeal by Thomas C Davis Jr (notice of appeal and docket sheet sent to Fifth Circuit) cc: WWJ, HWM, parties 11/18/97 (ll) [Entry date 11/18/97] |
| 12/17/97 | -- | Notice of Docketing ROA from USCA Re: [16-1] appeal   USCA NUMBER: 97-41453 (kjr) |
| 12/29/97 | 17 | Motion by Thomas C Davis Jr to proceed in forma pauperis on appeal (kjr) [Entry date 12/30/97] |
| 3/26/98 | 18 | ORDER denying [17-1] motion to proceed in forma pauperis & certifying that Davis' appeal is not taken in good faith (signed by Judge William W. Justice ) cc parties, USCA 3/27/98 (kjr) [Entry date 03/27/98] |
| 3/30/98 | -- | Certified and transmitted record on appeal to U.S. Court of Appeals: [16-1] appeal (1 vol pp 1-22 doc #s 11-18) Note: Document #s 1-10 at FRC; if needed, USCA will advise (kjr) |
| 4/2/98 | 19 | MOTION by Thomas C Davis Jr for return of exhibits (kjr) [Entry date 04/14/98] |
| 4/29/98 | -- | Requested file from FRC for appeal purposes (kjr) |
| 4/30/98 | -- | USCA Notice of receipt of record on appeal on 4/1/98 (kjr) [Entry date 05/01/98] |
| 5/18/98 | -- | Certified and transmitted supplemental record on appeal to U.S. Court of Appeals: [16-1] appeal (1 vol pp 1-31) (kjr) |
| 6/15/98 | -- | USCA Notice of receipt of supplemental ROA on 5/20/98 (kjr) |
| 6/16/98 | -- | Case reassigned  to Judge John Hannah Jr. (mll) |
| 6/16/98 | 20 | ORDER referring [19-1] motion for return of exhibits  to Magistrate Judge Harry W. McKee  ( signed by Judge John Hannah Jr. ) cc:pltf 6-16-98 (mll) |
| 6/23/98 | 21 | ORDER  denying [19-1] motion for return of exhibits ( signed by Magistrate Judge Harry W. McKee ) cc HWM, parties, USCA by email 6/24/98 (kjr) [Entry date 06/24/98] |

```
Docket as of December 7, 1998 12:37 pm                    Page 3    NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.          MAGRR   MOTREF
6:92cv308      Davis v. Collins, et al                      APPEAL
                                                            BENCH   TRACK3
```

| Date | # | Entry |
|---|---|---|
| 6/26/98 | 22 | Certified copy of judgment of USCA dismissing [16-1] appeal USCA #: 97-41453 for want of prosecution for failure of appellant to file brief in support of motion for ifp within the time fixed by the rules. For the court - by direction. Issued as mandate 6/24/98  cc JH, HWM, JE 6/29/98 (kjr) [Entry date 06/29/98] |
| 6/26/98 | -- | Record on appeal returned from U.S. Court of Appeals: (2 vols) (kjr) [Entry date 06/29/98] |
| 8/4/98 | 23 | UCA ORDER reinstating appeal. Letter order issued 7/21/98 by USCA. cc JH, HWM, JE 8/6/98 (kjr) [Entry date 08/06/98] |
| 8/4/98 | -- | Reopen [16-1] appeal per USCA order (kjr) [Entry date 08/06/98] |
| 8/10/98 | 24 | Motion by Thomas C Davis Jr to proceed in forma pauperis on appeal - data sheet (kjr) [Entry date 08/17/98] |
| 8/19/98 | 25 | MOTION by Thomas C Davis Jr to amend [2-1] complaint (kjr) [Entry date 08/20/98] |
| 8/26/98 | 26 | ORDER mooting [24-1] motion to proceed in forma pauperis, to pay 20 percent of each deposit made into the plaintiff's trust account ( signed by Judge John Hannah Jr. ) cc parties, USCA, finance, Rives, Local Funds 8/26/98 (kjr) |
| 8/26/98 | 27 | ORDER denying [25-1] motion to amend [2-1] complaint ( signed by Judge John Hannah Jr. ) cc parties 8/26/98 (kjr) |
| 9/3/98 | -- | Certified and transmitted record on appeal to U.S. Court of Appeals: [16-1] appeal (2 vols - Vol I pp 1-31; Vol II pp 1-37) (kjr) |
| 9/23/98 | -- | USCA Notice of receipt of ROA (kjr) [Entry date 09/25/98] |
| 10/1/98 | 28 | Motion by Thomas C Davis Jr for appointment of counsel (mll) [Entry date 10/07/98] |
| 10/13/98 | 29 | MOTION by Thomas C Davis Jr to extend time to file brief, for copies (kjr) |
| 10/13/98 | 30 | ORDER denying [28-1] motion for appointment of counsel ( signed by Magistrate Judge Harry W. McKee ) cc:pltf 10-15-98 (mll) [Entry date 10/15/98] |
| 10/13/98 | 33 | MOTION by Thomas C Davis Jr for application for waiver of local rules (ehs) [Entry date 10/21/98] |
| 10/19/98 | 31 | MOTION by Thomas C Davis Jr to produce documents (mll) [Entry date 10/20/98] |

```
Docket as of December 7, 1998 12:37 pm                      Page 4    NON-PUBLIC
```

ClibPDF - www.fastio.com

```
INTERNAL USE ONLY: Proceedings include all events.           MAGRR   MOTREF
6:92cv308      Davis v. Collins, et al                       APPEAL
                                                             BENCH   TRACK3
```

| Date | # | Entry |
|---|---|---|
| 10/19/98 | 32 | ORDER denying [29-1] motion to extend time to file brief, denying [29-2] motion for copies ( signed by Judge John Hannah Jr. ) cc: JH, USCA, all parties 10/21/98 (ehs) [Entry date 10/21/98] |
| 10/27/98 | 34 | ORDER denying [31-1] motion to produce documents ( signed by Magistrate Judge Harry W. McKee ) cc: all parties, USCA 11/2/98 (ehs) [Entry date 11/02/98] |
| 10/27/98 | 35 | ORDER denying [33-1] motion for application for waiver of local rules ( signed by Magistrate Judge Harry W. McKee ) cc: all parties, USCA 11/2/98 (ehs) [Entry date 11/02/98] |
| 11/1/98 | 36 | Notice of appeal by Thomas C Davis Jr of [30-1] order denying appointment of cnsl. Fee Status: not paid (notice of appeal and docket sheet sent to Fifth Circuit) cc: all parties, USCA, JH, HWM 11/3/98 (ehs) [Entry date 11/03/98] |
| 11/12/98 | 37 | ORDER that Clerk shall return the Pla's "brief and amend" to him unfiled ( signed by Judge John Hannah Jr. )cc: Davis w/brief 11/12/98 (ehs) |
| 11/13/98 | 38 | ORDER, to pay 20 percent of each deposit made into the plaintiff's trust account ( signed by Judge John Hannah Jr. ) cc: all parties, JH, HWM, USCA, Rives, Local Funds 11/16/98 (ehs) [Entry date 11/16/98] |
| 11/24/98 | 39 | Acknowledgement by Thomas C Davis Jr of receipt on 11/20/98 of order 37. (ft) [Entry date 11/25/98] |
| 11/27/98 | 40 | Acknowledgement by Thomas C Davis Jr of receipt of Full fee order #38 on (no date or signature on card) . (ehs) [Entry date 11/30/98] |